Atlantic Chiropractic, P.C. v Global Liberty Ins. Co. (2020 NY Slip Op
51001(U))

[*1]

Atlantic Chiropractic, P.C. v Global Liberty Ins. Co.

2020 NY Slip Op 51001(U) [68 Misc 3d 132(A)]

Decided on August 28, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on August 28, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, WAVNY TOUSSAINT, JJ

2018-2227 K C

Atlantic Chiropractic, P.C., as Assignee of
Wilfredo, Cueto, Respondent, 
against
Global Liberty Insurance Company, Appellant.

Law Office of Jason Tenenbaum, P.C. (Jason Tenenbaum of counsel), for appellant.
Law Offices of Anna Goldman, P.C., for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Odessa
Kennedy, J.), entered September 12, 2018. The order, insofar as appealed from and as limited by
the brief, denied defendant's motion for summary judgment dismissing the complaint.

ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved
for summary judgment dismissing the complaint on the ground that the amounts sought exceeded
the amount permitted by the workers' compensation fee schedule. Plaintiff cross-moved for
summary judgment. By order entered September 12, 2018, the Civil Court denied defendant's
motion, but, in effect pursuant to CPLR 3212 (g), held that the only remaining issue for trial was
defendant's defense that the amounts sought exceeded the amounts permitted by the workers'
compensation fee schedule.
Contrary to defendant's contention, the Civil Court properly held that defendant's motion
papers failed to establish, as a matter of law, that the fees that had been charged by plaintiff
exceeded the amounts permitted by the workers' compensation fee schedule (see Island Life Chiropractic, P.C. v State
Farm Mut. Auto. Ins. Co., 57 Misc 3d 128[A], 2017 NY Slip Op 51157[U] [App Term,
2d Dept, 2d, 11th & 13th Jud Dists 2017]).
Accordingly, the order, insofar as appealed from, is affirmed.
ALIOTTA, P.J., ELLIOT and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 28, 2020